## 13288.  STANDARD v. COLT COMPANY.

STEPHENS, J.  1.  The essential facts and the issues in this case are identical with those in *Dunaway* v. *Colt Co.*, 26 *Ga. App.* 554 (106 S. E. 599); and that decision is controlling.

2.  The trial judge therefore did not err in directing a verdict for the plaintiff.  *Judgment affirmed.  Jenkins, P. J., and Bell, J., concur.*
·  DECIDED FEBRUARY 14, 1923.

Complaint; from Wilkes superior court — Judge Shurley. January 12, 1922.

·  *C. E. Sutton,* for plaintiff in error.  *I. T. Irvin Jr.,* contra.